FILED

06/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0079

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 20-0079

| | |
|---|---|
| CLAIMANTS:  East Bench Irrigation District; United States of America (Bureau of Reclamation)<br><br>OBJECTORS:  East Bench Irrigation District; Point of Rocks Angus Ranch Inc.<br><br>COUNTEROBJECTORS:  Madison Valley Garden Ranch, LLC; Open A Ranch, Inc.<br><br>NOTICE OF INTENT TO APPEAR:  Geoduck Land & Cattle LLC; Smith's Elk Meadows Ranch, LLC<br><br>INTERVENORS:  Bar J Ranch; David E. & Shelli Schuett; Baldy View Enterprises, LLC; William C. Mancoronal; Roxanne E. Mancoronal; Justin D. Devers; William R. Grose; Point of Rocks Angus Ranch Inc.; Clark Canyon Water Supply Co. | **ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER BRIEF** |

Pursuant to the authority granted under Mont. R. App. P. 26(1), based upon the *Unopposed Joint Motion for Extension of Time to File Answer Brief* filed by Appellees Geoduck Land & Cattle LLC, Bar J Ranch, Justin D. Devers, William R. Grose, Madison Valley Garden Ranch, LLC, Point of Rocks Angus Ranch Inc., and David E. & Shelli Schuett, and for good cause appearing;

IT IS HEREBY ORDERED, that Appellees are granted an extension of time to and including July 21, 2021, within which to prepare, file and serve their answer brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 10 2021